**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
cfessenden@porterscott.com
smastorakos@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706
Attorney for Defendant CITY OF RANCHO CORDOVA

Domenic D. Spinelli, SBN 131192
**SPINELLI | DONALD | NOTT**
601 University Avenue, Suite 225
Sacramento, CA 95825
TEL: 916.448.7888
FAX: 916.448-6888
domenics@sdnlaw.com
Attorney for Defendant BRIAN FOWELL

James Cook, SBN 300212
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
TEL: 510.839-5200
FAX: 510.839-3882
james.cook@johnburrislaw.com
Attorney for Plaintiff E.T., by and through his GAL LEATAIE TAGALO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.T. by and through his Guardian ad Litem LEATAIE TAGALO,<br><br>Plaintiff,<br>v.<br><br>CITY OF RANCHO CORDOVA; OFFICER BRIAN FOWELL, individually in his capacity as Police Officer for the City of Rancho Cordova; and DOES 1 to 50, inclusive, individually, jointly and severally,<br><br>Defendants.<br>_____/<br>_____   _____ | CASE NO. 2:20-CV-02480-TLN-AC<br><br>**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**<br><br>FAC Filed: 1/25/21<br>Complaint Filed: 12/15/20 |

1
**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE DATE AND STAY OF DISCOVERY AND RESPONSIVE PLEADINGS**

1  The parties have met and conferred and have agreed to participate in an early Settlement Conference with Magistrate Judge Kendall J. Newman presiding.  The parties have further agreed that given the circumstances the most efficient manner to handle this case is to stay all litigation activity until after completion of the Settlement Conference process.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on **March 16, 2021,** at **9:00 a.m.;**

2. All discovery obligations, including Rule 26 disclosures, are stayed until 30 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the Settlement Conference.

**IT IS SO STIPULATED.**

Dated: February 9, 2021    PORTER SCOTT
                           A PROFESSIONAL CORPORATION


                           By: /s/Carl L. Fessenden
                               Carl L. Fessenden
                               Attorney for Def. CITY OF RANCHO CORDOVA

Dated:  February 9, 2021   SPINELLI DONALD NOTT

                           By: /s/Domenic Spinelli (authorized 2/9/2021)
                               Domenic Spinelli
                               Attorney for Def. BRIAN FOWLER


Dated:  February 9, 2021   LAW OFFICES OF JOHN L. BURRIS

                           By: /s/James Cook (authorized 2/9/2021)
                               James Cook
                               LAW OFFICES OF JOHN L. BURRIS
                               Attorney for Plaintiff E.T., by and through his GAL LEATAIE TAGALO

## ORDER

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on **March 16, 2021**, at **9:00 a,m.,** in Courtroom 25.

2. All discovery obligations, including Rule 26 disclosures, are stayed until 30 days after the completion of the Settlement Conference; and

3. Responsive pleadings shall be due 20 days after completion of the settlement conference.

**IT IS SO ORDERED.**

Dated: February 9, 2021

Troy L. Nunley
United States District Judge