UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINOR E.T. by and through his Guardian ad Litem LEATAIE TAGALU,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RANCHO CORDOVA; OFFICER BRIAN FOWELL, individually in his capacity as Police Officer for the City of Rancho Cordova; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | No. 2:20-cv-02480-TLN-AC<br><br>**ORDER APPOINTING LEATAIE TAGALU AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.T.** |

Having considered the parties' petition and good cause appearing, the Court hereby GRANTS the Parties' Petition. (ECF No. 10.) Leataie Tagalu is now appointed guardian *ad litem* of Minor E.T.

IT IS SO ORDERED.

DATED: February 10, 2021

Troy L. Nunley
United States District Judge

1